UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

-against-

MELDA COMEDY LLC, et al.,

Defendants.

Case No. 1:26-cv-01896 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 1, 2026, the Court ordered that, by September 16, 2026, Plaintiff file a motion for default judgment or the parties file a joint letter informing the Court whether they had settled this matter. Dkt. 26. On September 17, 2026, having received neither motion nor letter, the Court ordered the parties to file a joint letter by September 18, 2026, informing the Court as to the status of this matter. Dkt. 29. On September 18, 2026, Defendants filed a letter stating that, in their view, the matter had been settled or mooted except for the question of attorneys' fees. Dkt. 30. Defendants also reported that Plaintiff had declined to join in filing that letter, but that Plaintiff believed no such settlement had occurred. *See id.* at 2. Also on September 18, 2026, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), *see* Dkts. 31-34, along with a letter arguing that mediation of this matter had been unsuccessful, and that Defendants had failed to remediate the accessibility issues alleged, *see* Dkt. 36. On the same day, Defendants filed an additional letter contesting Plaintiff's characterizations and requesting a pre-motion conference. *See* Dkt. 37.

The Court will not resolve the parties' conflicting accounts of Defendants' remediation efforts by letter. Plaintiff has moved for default judgment based on Defendants' failure to answer or otherwise respond to the complaint in this matter, and indeed Defendants have previously informed

the Court that they would "not be contesting liability and therefore [would] not file an answer." Dkt. 18. To the extent Defendants view Plaintiff's motion as improper or lacking merit, *see* Dkt. 30; Dkt. 37, Defendants shall raise their arguments in an opposition to the default motion, if they plan to oppose it. Any such opposition shall be filed by **September 28, 2026.**

Dated: September 21, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge